IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DONALD WAYNE BOLLARD                               PETITIONER

v.                                                        No. 1:21-CV-0009-NBB-JMV

STATE OF MISSISSIPPI                                 RESPONDENT(S)

**ORDER**

Donald Wayne Bollard has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 25th day of January, 2021.

                                                                            /s/ Jane M. Virden
                                                                            **UNITED STATES MAGITRATE JUDGE**