## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**DONALD WAYNE BOLLARD**                                                           **PETITIONER**

**v.**                                            **No. 1:21CV9-NBB-JMV**

**STATE OF MISSISSIPPI**                                                         **RESPONDENT**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On January 26, 2021, the court entered an order requiring the petitioner to complete and return an amended petition for a writ of *habeas corpus* on the form provided by the court. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on February 16, 2021. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 24th day of February, 2021.

                                                                                       /s/ Neal Biggers
                                                                                       NEAL B. BIGGERS
                                                                                       SENIOR U. S. DISTRICT JUDGE